UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

RUSSELL SPETTEL,
on behalf of himself and all
others similarly situated,

       Plaintiff,                                      Case No. 23-cv-1681

      v.

POLY VINYL CO., INC.,

       Defendant.

## PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COSTS

NOW COMES Plaintiff Russell Spettel, by and through his counsel, Walcheske & Luzi, LLC, and hereby respectfully motions this Court for approval of Plaintiff's counsel's attorneys' fees and costs on the grounds set forth below, in Plaintiff's supporting brief, and the accompanying Declaration of Attorney James A. Walcheske in Support of Motions.

    1.     At the outset of its representation of Plaintiff, Plaintiff's counsel agreed to accept representation on a contingency basis, through which Plaintiff agreed to compensate Plaintiff's counsel with the greater of either forty percent (40%) of the recovery, if any, in addition to counsel's litigation-related costs, or counsel's actual attorneys' fees and costs as recovered through a judgment or negotiated through a settlement;

    2.     Plaintiff's counsel negotiated a settlement of this Fair Labor Standards Act ("FLSA") collective and Wisconsin Wage Payment and Collection Laws ("WWPCL") class action

on behalf of Plaintiff and current and former employees of Defendant as preliminarily approved by this Court, (ECF No. 23);

3. As called for in the parties' Settlement Agreement, and pursuant to Plaintiff's fee arrangement with counsel, Plaintiff now petitions the Court for approval of Plaintiff's counsel's reasonable attorneys' fees and costs totaling $77,071.67, (*see* ECF No. 21-1, ¶ 3.2(A));

4. Defendant agrees that Plaintiff's counsel's fees and costs are reasonable, has agreed to pay the requested amount, and does not oppose this Motion (*id.*); and

5. As set forth in greater detail in Plaintiff's supporting brief, as further supported by the Declaration filed in support hereof, Plaintiff's counsel's requested attorneys' fees and costs are fair, reasonable, and consistent with the "market rate" in these types of cases, past approvals in Wisconsin District Courts, and counsel's fee agreement with Plaintiff, and should therefore be approved.

WHEREFORE, Plaintiff respectfully requests that this Court grant his Unopposed Motion for Approval of Attorneys' Fees and Costs in the total amount of $77,071.67.

Dated this 26th day of November, 2025.

WALCHESKE & LUZI, LLC
Counsel for Plaintiff

s/ *James A. Walcheske*
James A. Walcheske, State Bar No. 1065635
Scott S. Luzi, State Bar No. 1067405

WALCHESKE & LUZI, LLC
235 N. Executive Drive, Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Fax: (262) 565-6469
Email: jwalcheske@walcheskeluzi.com
Email: sluzi@walcheskeluzi.com